UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Alexis Jesus Rojas Medina,

        Petitioner

 v.

John Mattos, et al.,

        Respondents

Case No. 2:25-cv-02020-CDS-BNW

**Service Order**

[ECF No. 1]

    Petitioner Alexis Jesus Rojas Medina, an immigration detainee, has filed a counseled petition for federal habeas corpus relief under 28 U.S.C. § 2241, seeking, *inter alia*, his immediate release from ICE custody. ECF No. 1. I direct that the petition be served on respondents.

    IT IS THEREFORE ORDERED that the Clerk of Court:

1. **DELIVER** a copy of the petition (ECF No. 1), the exhibit (ECF No. 1-1), and this Order to the U.S. Marshal for service.

2. **ADD** the United States Attorney for the District of Nevada to the docket as an Interested Party.

3. **SEND**, through CM/ECF, a copy of the petition (ECF No. 1), the exhibit (ECF No. 1-1), and this order to United States Attorney's Office, to include the Civil Chief of the United States Attorney for the District of Nevada, at Sigal.Chattah@usdoj.gov, Summer.Johnson@usdoj.gov, Veronica.Criste@usdoj.gov, and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

4. **MAIL** a copy of the petition (ECF No. 1) and this order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

    a) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528

      b) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530

      c) Jason Knight, Acting Las Vegas Field Office Director, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096

      d) John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060

      e) Joseph B. Edlow, Director USCIS, 5900 Capital Gateway Drive, Camp Springs, Maryland 20529

      f) Daren K. Margolin, Director, Executive Office for Immigration Review, 5107 Leesburg Pike Falls Church, VA 22041

IT IS FURTHER ORDERED that the U.S. Marshal **SERVE** a copy of the petition (ECF No. 1), the exhibit (ECF No. 1-1), and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that counsel for the respondents file a notice of appearance by October 29, 2025, and file and serve their response to the petition by November 5, 2025.

IT IS FURTHER ORDERED that Rojas Medina has seven days following the filing of the response to the petition to file a reply, if desired.

IT IS FURTHER ORDERED that Local Rule 7-2(b) governs the scheduling for responses and replies to motions filed by either party.

IT IS FUTHER ORDERED that, until further order of the court, this case is exempt from District of Nevada's General Order 2025-07 because the petitioner is detained. *See* General Order 2025-07, https://www.nvd.uscourts.gov/wp-content/uploads/2025/10/GO2025-07.pdf.

Dated: October 21, 2025

_____
Cristina D. Silva
United States District Judge